# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREW J. REVILLA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-22-658-SLP |
| ) | |
| RICK WHITTEN, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Upon consideration, the court grants Respondent's Motion for Extension of Time. (Doc. 8). Respondent's pleading responsive to Petitioner's petition for a writ of habeas corpus is due **on or before Tuesday, October 11, 2022.**

ENTERED this 13th day of September, 2022.

*Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE